# Court of Appeals
# of the State of Georgia

ATLANTA,　February 14, 2018

*The Court of Appeals hereby passes the following order:*

## A18E0032. DIXIT v. DIXIT.

Akash Dixit having filed an emergency motion seeking invalidation of a final judgment and decree of divorce entered on March 14, 2017, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,　02/14/2018*
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*